

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage Peggy J. Mize and Lester D. Mize

No. 06-17-00108-CV

Appeal from the 62nd District Court of Franklin County, Texas (Tr. Ct. No. 11891). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court. We render judgment deleting all sanctions against Lester and remand this case to the trial court for further proceedings consistent with our opinion.

We further order that the appellee, pay all costs of this appeal.

RENDERED AUGUST 1, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk